**EXHIBIT A**

| Defendant | Host IP | Date/Time (GMT) | Software | ISP |
|---|---|---|---|---|
| Doe 1 | 24.125.217.216 | 8/6/10 6:36 | µTorrent 2.0.2 | Comcast Cable |
| Doe 2 | 24.193.29.117 | 8/6/10 6:36 | Azureus/2.5.0.4 | Road Runner |
| Doe 3 | 63.232.113.196 | 8/6/10 6:36 | µTorrent 2.0 | Qwest |
| Doe 4 | 65.100.59.143 | 8/6/10 6:36 | µTorrent 2.0 | Qwest |
| Doe 5 | 66.65.112.103 | 8/6/10 6:36 | µTorrent 2.0.1 | Road Runner |
| Doe 6 | 66.69.198.212 | 8/6/10 6:36 | BitTorrent SDK 2.0 | Road Runner |
| Doe 7 | 66.214.164.171 | 8/6/10 6:36 | Azureus 4.4.0.4 | Charter |
| Doe 8 | 67.60.74.61 | 8/6/10 6:36 | µTorrent 2.0.2 | CABLE ONE |
| Doe 9 | 67.164.75.57 | 8/6/10 6:36 | µTorrent Mac 1.0 | Comcast Cable |
| Doe 10 | 67.188.66.34 | 8/6/10 6:36 | BitTorrent 6.4 | Comcast Cable |
| Doe 11 | 67.244.91.69 | 8/6/10 6:36 | BitTorrent SDK 2.0 | Road Runner |
| Doe 12 | 68.54.92.134 | 8/6/10 6:36 | Transmission 2.03 | Comcast Cable |
| Doe 13 | 68.175.95.94 | 8/6/10 6:36 | Azureus 4.4.0.6 | Road Runner |
| Doe 14 | 68.191.37.124 | 8/6/10 6:36 | BitTorrent 6.4 | Charter |
| Doe 15 | 68.195.118.180 | 8/6/10 6:36 | µTorrent 2.0.2 | Optimum Online |
| Doe 16 | 69.1.23.53 | 8/6/10 6:36 | Transmission 2.01 | KNOLOGY Holdings |
| Doe 17 | 69.86.59.23 | 8/6/10 6:36 | Azureus 4.4.0.4 | EarthLink |
| Doe 18 | 69.108.138.206 | 8/6/10 6:36 | µTorrent 1.7.7 | SBC Internet Services |
| Doe 19 | 69.209.71.207 | 8/6/10 6:36 | Azureus 4.4.0.4 | SBC Internet Services |
| Doe 20 | 70.119.64.151 | 8/6/10 6:36 | µTorrent 2.0.2 | Road Runner |
| Doe 21 | 70.138.148.138 | 8/6/10 6:36 | µTorrent 2.0.2 | SBC Internet Services |
| Doe 22 | 70.171.87.213 | 8/6/10 6:36 | Azureus 4.4.0.4 | Cox Communications |
| Doe 23 | 70.232.75.248 | 8/6/10 6:36 | µTorrent 2.2 | SBC Internet Services |
| Doe 24 | 71.20.182.106 | 8/6/10 6:36 | Azureus 4.4.0.4 | Clearwire Corporation |
| Doe 25 | 71.111.195.37 | 8/6/10 6:36 | µTorrent 2.0.2 | Verizon |
| Doe 26 | 71.124.166.5 | 8/6/10 6:36 | µTorrent 2.0.2 | Verizon |
| Doe 27 | 71.183.182.212 | 8/6/10 6:36 | BitTorrent 6.2 | Verizon |
| Doe 28 | 71.193.204.167 | 8/6/10 6:36 | µTorrent 2.0.3 | Comcast Cable |
| Doe 29 | 71.194.185.22 | 8/6/10 6:36 | BitTorrent 6.4 | Comcast Cable |
| Doe 30 | 72.94.147.66 | 8/6/10 6:36 | µTorrent 1.8.5 | Verizon |
| Doe 31 | 72.193.62.44 | 8/6/10 6:36 | µTorrent 2.0.2 | Cox Communications |
| Doe 32 | 72.230.187.140 | 8/6/10 6:36 | BitTorrent 6.4 | Road Runner |
| Doe 33 | 72.231.13.249 | 8/6/10 6:36 | Azureus 4.4.0.4 | Road Runner |
| Doe 34 | 72.234.59.188 | 8/6/10 6:36 | Azureus 4.4.0.4 | Hawaiian Telcom Svcs |
| Doe 35 | 74.68.157.165 | 8/6/10 6:36 | µTorrent 2.0.2 | Road Runner |
| Doe 36 | 74.101.134.59 | 8/6/10 6:36 | BitTorrent 5.0.9 | Verizon |
| Doe 37 | 74.241.99.47 | 8/6/10 6:36 | Azureus 4.4.0.4 | BellSouth.net |
| Doe 38 | 75.3.150.92 | 8/6/10 6:36 | BitTorrent 6.4 | SBC Internet Services |
| Doe 39 | 75.149.67.1 | 8/6/10 6:36 | µTorrent 2.0.2 | Comcast Business |
| Doe 40 | 76.20.248.236 | 8/6/10 6:36 | µTorrent 2.0.3 | Comcast Cable |
| Doe 41 | 76.100.106.69 | 8/6/10 6:36 | Azureus 4.4.0.4 | Comcast Cable |
| Doe 42 | 76.179.168.65 | 8/6/10 6:36 | BitTorrent 6.4 | Road Runner |

| Doe 43 | 98.88.15.140 | 8/6/10 6:36 | µTorrent 2.0.2 | BellSouth.net |
| Doe 44 | 98.165.182.236 | 8/6/10 6:36 | BitTorrent 6.4 | Cox Communications |
| Doe 45 | 98.170.236.107 | 8/6/10 6:36 | Azureus 4.4.0.4 | Cox Communications |
| Doe 46 | 98.210.233.112 | 8/6/10 6:36 | BitLord 1.1 | Comcast Cable |
| Doe 47 | 98.230.2.217 | 8/6/10 6:36 | µTorrent 2.2 | Comcast Cable |
| Doe 48 | 99.19.23.118 | 8/6/10 6:36 | BitTorrent 6.3 | SBC Internet Services |
| Doe 49 | 99.107.95.19 | 8/6/10 6:36 | µTorrent 2.0.3 | SBC Internet Services |
| Doe 50 | 172.162.210.199 | 8/6/10 6:36 | µTorrent 2.0.2 | America Online |
| Doe 51 | 173.3.60.74 | 8/6/10 6:36 | BitTorrent 6.1.2 | Optimum Online |
| Doe 52 | 174.126.236.203 | 8/6/10 6:36 | µTorrent 2.0 | CABLE ONE |
| Doe 53 | 208.120.120.10 | 8/6/10 6:36 | Azureus 4.4.0.4 | EarthLink |