UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS ENTERTAINMENT INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:10-CV-1537-B |
| | § | |
| DOES 1-53, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On August 9, 2010, the Plaintiff filed a complaint in this case but did not provide the clerk with a certificate of interested persons. N.D. Tex. Civ. R. 3.1 was amended September 1, 2000, to add subsection (f), which requires that

> [w]hen a complaint is filed, the plaintiff must provide the clerk with . . . a separately signed certificate of interested persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case. If a large group of persons or firms can be specified by a generic description, individual listing is not necessary.

Accordingly, by **August 16, 2010,** the Plaintiff must comply with Rule 3.1(f) so that the court can ensure that recusal is not required in this case.

SIGNED August 9th , 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE