# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case. The Clerk is hereby directed to mark this document "UNFILED" in the electronic docket entry.

August 13, 2010
Date

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 13 2010
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## NOTICE OF DEFICIENCY

Judge: Boyle  
Case Number: 3:10-CV-1537-B  
Deputy Clerk: P. Munroe  

Date: August 10, 2010  
Plaintiff: Lucas Entertainment, Inc.  
Telephone Number: X 2740  

• • • • • • • • • • • • •

A(n) Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (doc. 5) has been filed by Plaintiff and is considered deficient in the areas(s) noted below:

|     |     |     |
|-----|-----|-----|
| ___ | 1. | A civil cover sheet must be filed with the complaint. See LR 3.1(c). |
| ___ | 2. | The document(s) must be in proper form. See LR 10.1. |
| ___ | 3. | The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11. |
| ___ | 4. | A completed certificate of service as defined in F.R.C.P. 5(d) is required. |
| ___ | 5. | Each separate document contained therein must be identified. See LR 5.1(c). |
| X   | 6. | The motion must include: |
|     | a. | __X__ certificate of conference or inability to confer. See LR 7.1(b). |
|     | b. | ___ brief in support of motion. See LR 7.1(d) or LR 56.5(a). |
|     | c. | ___ proposed order. See LR 7.1(c). |
|     | d. | ___ documentary or non-documentary evidence in a separate appendix. See LR 7.1(i) or LR 56.6(a). |
| ___ | 7. | A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit and an original and second copy of the proposed pleading that is neither attached to the motion nor made an exhibit to the motion. See LR 15.1. |
| ___ | 8. | A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record. See LR 40.1. |
| ___ | 9. | An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee. See LR 83.9(b). |
| ___ | 10. | Additional copies are required. See LR 5.1(b). |
| ___ | 11. | The attorney filing the pleading is not admitted to practice in this district. See LR 83.7. |
| ___ | 12. | The document requires a separately signed certificate of interested persons. See LR 3.1(f), LR 7.4, or LR 81.1 (a)(3)(D). |
| ___ | 13. | Case has NOT been designated as an Electronic Case Filing Case yet. Order requiring Mandatory Electronic Case Filing to be forthcoming. |
| ___ |     | Other: _____ |