**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LUCAS ENTERTAINMENT, INC., | § | |
| A NEW YORK CORPORATION, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | |
| DOES 1-53 | § | C.A. NO.: 3:10-cv-01537-B |
| | § | |
| DEFENDANTS. | § | |

**FIRST AMENDED MOTION FOR LEAVE TO TAKE DISCOVERY**
**PRIOR TO RULE 26(f) CONFERENCE**

Plaintiff, by counsel, pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for leave to take discovery prior to a Rule 26(f) conference for the reasons stated in its accompanying Memorandum of Points & Authorities. Plaintiff requests a hearing on this matter on an expedited basis.

Respectfully Submitted,

LUCAS ENTERTAINMENT, INC.

**DATED:** August 13, 2010

s/ *E. F. Stone*
Evan Stone
State Bar No. 24072371
624 W. University Dr., #386
Denton, Texas  76201
e-mail: evan@wolfe-stone.com
940-594-7406
310-756-1201 Fax