UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS ENTERTAINMENT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-1537-B |
| | § | |
| DOES 1-53, | § | |
| | § | |
| Defendants. | § | |

ORDER OF REFERRAL

Plaintiff's First Amended Motion for Leave to Take Discovery Prior to Rule 26(f) Conference, filed August 13, 2010 (doc. 7) is hereby **REFERRED** to **United States Magistrate Judge Jeff Kaplan** for hearing, if necessary, and recommendation or determination, to this Court. *See* 28 U.S.C. § 636(b) (1993).

Future pleadings concerning this motion shall be filed with a transmittal letter addressed to Magistrate Judge Kaplan so copies can be sent directly to him without delay.

SO ORDERED.

DATED August 16, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE