**Exhibit A**

| Defendant | Host IP | Time (GMT) | Software | ISP |
|---|---|---|---|---|
| Doe 1 | 24.125.217.216 | 8/6/10 6:36 | µTorrent 2.0.2 | Comcast Cable |
| Doe 2 | 24.193.29.117 | 8/6/10 6:36 | Azureus/2.5.0.4 | Road Runner |
| Doe 3 | 63.232.113.196 | 8/6/10 6:36 | µTorrent 2.0 | Qwest Communications |
| Doe 4 | 65.100.59.143 | 8/6/10 6:36 | µTorrent 2.0 | Qwest Communications |
| Doe 5 | 66.65.112.103 | 8/6/10 6:36 | µTorrent 2.0.1 | Road Runner |
| Doe 6 | 66.69.198.212 | 8/6/10 6:36 | BitTorrent SDK 2.0 | Road Runner |
| Doe 7 | 66.214.164.171 | 8/6/10 6:36 | Azureus 4.4.0.4 | Charter Communications |
| Doe 8 | 67.60.74.61 | 8/6/10 6:36 | µTorrent 2.0.2 | CABLE ONE |
| Doe 9 | 67.164.75.57 | 8/6/10 6:36 | µTorrent Mac 1.0 | Comcast Cable |
| Doe 10 | 67.188.66.34 | 8/6/10 6:36 | BitTorrent 6.4 | Comcast Cable |
| Doe 11 | 67.244.91.69 | 8/6/10 6:36 | BitTorrent SDK 2.0 | Road Runner |
| Doe 12 | 68.54.92.134 | 8/6/10 6:36 | Transmission 2.03 | Comcast Cable |
| Doe 13 | 68.175.95.94 | 8/6/10 6:36 | Azureus 4.4.0.6 | Road Runner |
| Doe 14 | 68.191.37.124 | 8/6/10 6:36 | BitTorrent 6.4 | Charter Communications |
| Doe 15 | 68.195.118.180 | 8/6/10 6:36 | µTorrent 2.0.2 | Optimum Online |
| Doe 16 | 69.1.23.53 | 8/6/10 6:36 | Transmission 2.01 | KNOLOGY Holdings |
| Doe 17 | 69.86.59.23 | 8/6/10 6:36 | Azureus 4.4.0.4 | EarthLink |
| Doe 18 | 69.108.138.206 | 8/6/10 6:36 | µTorrent 1.7.7 | SBC Internet Services |
| Doe 19 | 69.209.71.207 | 8/6/10 6:36 | Azureus 4.4.0.4 | SBC Internet Services |
| Doe 20 | 70.119.64.151 | 8/6/10 6:36 | µTorrent 2.0.2 | Road Runner |
| Doe 21 | 70.138.148.138 | 8/6/10 6:36 | µTorrent 2.0.2 | SBC Internet Services |
| Doe 22 | 70.171.87.213 | 8/6/10 6:36 | Azureus 4.4.0.4 | Cox Communications |
| Doe 23 | 70.232.75.248 | 8/6/10 6:36 | µTorrent 2.2 | SBC Internet Services |
| Doe 24 | 71.20.182.106 | 8/6/10 6:36 | Azureus 4.4.0.4 | Clearwire Corporation |
| Doe 25 | 71.111.195.37 | 8/6/10 6:36 | µTorrent 2.0.2 | Verizon Internet Services |
| Doe 26 | 71.124.166.5 | 8/6/10 6:36 | µTorrent 2.0.2 | Verizon Internet Services |
| Doe 27 | 71.183.182.212 | 8/6/10 6:36 | BitTorrent 6.2 | Verizon Internet Services |
| Doe 28 | 71.193.204.167 | 8/6/10 6:36 | µTorrent 2.0.3 | Comcast Cable |
| Doe 29 | 71.194.185.22 | 8/6/10 6:36 | BitTorrent 6.4 | Comcast Cable |
| Doe 30 | 72.94.147.66 | 8/6/10 6:36 | µTorrent 1.8.5 | Verizon Internet Services |
| Doe 31 | 72.193.62.44 | 8/6/10 6:36 | µTorrent 2.0.2 | Cox Communications |
| Doe 32 | 72.230.187.140 | 8/6/10 6:36 | BitTorrent 6.4 | Road Runner |
| Doe 33 | 72.231.13.249 | 8/6/10 6:36 | Azureus 4.4.0.4 | Road Runner |
| Doe 34 | 72.234.59.188 | 8/6/10 6:36 | Azureus 4.4.0.4 | Hawaiian Telcom Services Company |
| Doe 35 | 74.68.157.165 | 8/6/10 6:36 | µTorrent 2.0.2 | Road Runner |
| Doe 36 | 74.101.134.59 | 8/6/10 6:36 | BitTorrent 5.0.9 | Verizon Internet Services |
| Doe 37 | 74.241.99.47 | 8/6/10 6:36 | Azureus 4.4.0.4 | BellSouth.net |
| Doe 38 | 75.3.150.92 | 8/6/10 6:36 | BitTorrent 6.4 | SBC Internet Services |
| Doe 39 | 75.149.67.1 | 8/6/10 6:36 | µTorrent 2.0.2 | Comcast Business Communications |
| Doe 40 | 76.20.248.236 | 8/6/10 6:36 | µTorrent 2.0.3 | Comcast Cable |

| Doe | IP | Date/Time | Client | ISP |
|---|---|---|---|---|
| Doe 41 | 76.100.106.69 | 8/6/10 6:36 | Azureus 4.4.0.4 | Comcast Cable |
| Doe 42 | 76.179.168.65 | 8/6/10 6:36 | BitTorrent 6.4 | Road Runner |
| Doe 43 | 98.88.15.140 | 8/6/10 6:36 | µTorrent 2.0.2 | BellSouth.net |
| Doe 44 | 98.165.182.236 | 8/6/10 6:36 | BitTorrent 6.4 | Cox Communications |
| Doe 45 | 98.170.236.107 | 8/6/10 6:36 | Azureus 4.4.0.4 | Cox Communications |
| Doe 46 | 98.210.233.112 | 8/6/10 6:36 | BitLord 1.1 | Comcast Cable |
| Doe 47 | 98.230.2.217 | 8/6/10 6:36 | µTorrent 2.2 | Comcast Cable |
| Doe 48 | 99.19.23.118 | 8/6/10 6:36 | BitTorrent 6.3 | SBC Internet Services |
| Doe 49 | 99.107.95.19 | 8/6/10 6:36 | µTorrent 2.0.3 | SBC Internet Services |
| Doe 50 | 172.162.210.199 | 8/6/10 6:36 | µTorrent 2.0.2 | America Online |
| Doe 51 | 173.3.60.74 | 8/6/10 6:36 | BitTorrent 6.1.2 | Optimum Online |
| Doe 52 | 174.126.236.203 | 8/6/10 6:36 | µTorrent 2.0 | CABLE ONE |
| Doe 53 | 208.120.120.10 | 8/6/10 6:36 | Azureus 4.4.0.4 | EarthLink |
| Doe 54 | 174.131.135.196 | 7/30/10 7:01 | | Windstream Communications |
| Doe 55 | 2001:0:4137:9e74:2c55:9a2:2f81:4a5e | 7/30/10 7:01 | | West Iowa Telephone Company |
| Doe 56 | 66.108.65.5 | 7/30/10 7:01 | | Road Runner |
| Doe 57 | 75.27.249.228 | 7/30/10 7:01 | | SBC Internet Services |
| Doe 58 | 2001:0:4137:9e74:105e:28fe:b4e4:61b | 7/30/10 7:01 | | AT&T Internet Services |
| Doe 59 | 98.244.161.68 | 7/30/10 7:01 | | Comcast Cable |
| Doe 60 | 172.165.100.47 | 7/30/10 7:01 | | America Online |
| Doe 61 | 67.170.37.164 | 7/30/10 7:01 | Azureus 4.4.0.4 | Comcast Cable |
| Doe 62 | 97.77.198.24 | 7/30/10 7:01 | | Road Runner Business |
| Doe 63 | 70.122.216.164 | 7/30/10 7:01 | | Road Runner |
| Doe 64 | 2001:0:4137:9e74:305c:6a1:b46a:bcfe | 7/30/10 7:01 | | Comcast Business Communications |
| Doe 65 | 2001:0:4137:9e74:34a7:22a:b985:275b | 7/30/10 7:01 | | Road Runner |
| Doe 66 | 24.147.141.138 | 7/30/10 7:01 | | Comcast Cable |
| Doe 67 | 69.37.43.159 | 7/30/10 7:01 | | SBC Internet Services |
| Doe 68 | 68.163.65.114 | 7/30/10 7:01 | Azureus 4.4.0.4 | Verizon Internet Services |
| Doe 69 | 76.106.241.196 | 7/30/10 7:01 | Azureus 4.4.0.4 | Comcast Cable |
| Doe 70 | 99.89.99.170 | 7/30/10 7:01 | | SBC Internet Services |
| Doe 71 | 24.17.16.21 | 7/30/10 7:01 | | Comcast Cable |
| Doe 72 | 69.84.112.244 | 7/30/10 7:01 | | Atlantic Broadband |
| Doe 73 | 75.80.121.165 | 7/30/10 7:01 | µTorrent 2.0.3 | Road Runner |
| Doe 74 | 99.140.216.191 | 7/30/10 7:01 | Azureus 4.4.0.4 | SBC Internet Services |
| Doe 75 | 69.107.86.59 | 7/30/10 7:01 | | SBC Internet Services |
| Doe 76 | 75.47.157.146 | 7/30/10 7:01 | | SBC Internet Services |
| Doe 77 | 69.140.149.87 | 7/30/10 7:01 | | Comcast Cable |
| Doe 78 | 2001:0:4137:9e74:2c9e:10c6:baab:8f0b | 7/30/10 7:01 | | Atlantic Broadband Finance |
| Doe 79 | 24.227.200.130 | 7/30/10 7:01 | Azureus 4.4.0.4 | Road Runner Business |
| Doe 80 | 174.65.116.118 | 7/30/10 7:01 | | Cox Communications |
| Doe 81 | 24.254.112.247 | 7/30/10 7:01 | µTorrent 2.0.2 | Cox Communications |

| Doe 82 | 2001:0:4137:9e76:1836:8f:e701:8f08 | 7/30/10 7:01 | | Cox Communications |
|---|---|---|---|---|
| Doe 83 | 24.170.250.246 | 7/30/10 7:01 | | Antietam Cable Television |
| Doe 84 | 76.102.197.62 | 7/30/10 7:01 | | Comcast Cable |
| Doe 85 | 98.14.187.232 | 7/30/10 7:01 | µTorrent 2.0.2 | Road Runner |
| Doe 86 | 71.124.226.135 | 7/30/10 7:01 | µTorrent 2.0.2 | Verizon Internet Services |
| Doe 87 | 99.118.239.184 | 7/30/10 7:01 | Azureus 4.4.0.4 | SBC Internet Services |
| Doe 88 | 174.65.120.160 | 7/30/10 7:01 | µTorrent 2.0.2 | Cox Communications |
| Doe 89 | 76.168.34.242 | 7/30/10 7:01 | µTorrent 2.0 | Road Runner |
| Doe 90 | 2001:0:4137:9e74:1809:243:b357:dd0d | 7/30/10 7:01 | | Road Runner |
| Doe 91 | 2001:0:4137:9e76:2404:2475:b3a6:901f | 7/30/10 7:01 | | Road Runner |
| Doe 92 | 173.78.229.54 | 7/30/10 7:01 | µTorrent 2.0.2 | Verizon Internet Services |
| Doe 93 | 2001:0:4137:9e76:145e:36b1:52b1:1ac9 | 7/30/10 7:01 | | Verizon Internet Services |
| Doe 94 | 96.255.130.112 | 7/30/10 7:01 | Transmission 1.76 | Verizon Internet Services |
| Doe 95 | 99.150.252.58 | 7/30/10 7:01 | µTorrent 2.0.2 | SBC Internet Services |
| Doe 96 | 67.240.95.233 | 7/30/10 7:01 | Transmission 0.71 | Road Runner |
| Doe 97 | 24.131.35.215 | 8/5/10 6:20 | µTorrent 2.0.2 | Comcast Cable |
| Doe 98 | 24.143.233.21 | 8/5/10 6:20 | µTorrent 2.0.2 | San Bruno Cable |
| Doe 99 | 66.108.46.237 | 8/5/10 6:20 | Azureus 4.4.0.4 | Road Runner |
| Doe 100 | 68.7.39.14 | 8/5/10 6:20 | Transmission 2.03 | Cox Communications |
| Doe 101 | 68.45.22.62 | 8/5/10 6:20 | Transmission 1.93 | Comcast Cable |
| Doe 102 | 68.117.55.119 | 8/5/10 6:20 | µTorrent 2.0.2 | Charter Communications |
| Doe 103 | 69.47.134.6 | 8/5/10 6:20 | µTorrent 2.0.2 | WideOpenWest |
| Doe 104 | 69.112.31.171 | 8/5/10 6:20 | Azureus 4.4.0.4 | Optimum Online |
| Doe 105 | 69.209.50.56 | 8/5/10 6:20 | µTorrent 1.8.4 | SBC Internet Services |
| Doe 106 | 70.172.207.13 | 8/5/10 6:20 | Transmission 1.93 | Cox Communications |
| Doe 107 | 71.22.100.107 | 8/5/10 6:20 | Transmission 2.03 | Clearwire Corporation |
| Doe 108 | 71.111.218.104 | 8/5/10 6:20 | µTorrent 2.0.2 | Verizon Internet Services |
| Doe 109 | 71.199.168.53 | 8/5/10 6:20 | µTorrent 2.0.2 | Comcast Cable |
| Doe 110 | 72.87.39.194 | 8/5/10 6:20 | µTorrent 2.0.2 | Verizon Internet Services |
| Doe 111 | 72.128.44.189 | 8/5/10 6:20 | Azureus 4.4.0.4 | Road Runner |
| Doe 112 | 72.229.15.120 | 8/5/10 6:20 | BitTorrent 6.4 | Road Runner |
| Doe 113 | 74.190.237.72 | 8/5/10 6:20 | µTorrent 2.0.2 | BellSouth.net |
| Doe 114 | 76.87.36.123 | 8/5/10 6:20 | µTorrent 2.0.2 | Road Runner |
| Doe 115 | 76.117.148.166 | 8/5/10 6:20 | µTorrent 1.8.5 | Comcast Cable |
| Doe 116 | 76.102.171.81 | 7/30/10 7:01 | µTorrent 2.0.2 | Comcast Cable |
| Doe 117 | 2001:0:4137:9e74:be:fbff:b399:54ae | 7/30/10 7:01 | | Comcast Cable |
| Doe 118 | 98.150.242.122 | 7/30/10 7:01 | µTorrent 2.0.2 | Road Runner |
| Doe 119 | 2001:0:4137:9e74:2c84:3311:9c14:e4e9 | 7/30/10 7:01 | | Rogers Cable |
| Doe 120 | 69.254.203.23 | 7/30/10 7:01 | | Comcast Cable |
| Doe 121 | 76.24.252.98 | 7/30/10 7:01 | | Comcast Cable |
| Doe 122 | 2001:0:4137:9e74:7c:ebd:b3e7:39d | 7/30/10 7:01 | | Comcast Cable |
| Doe 123 | 97.102.182.84 | 7/30/10 7:01 | Transmission 2.03 | Road Runner |

| Doe | IP Address | Date/Time | Client | ISP |
|---|---|---|---|---|
| Doe 124 | 98.234.120.208 | 7/30/10 7:01 | | Comcast Cable |
| Doe 125 | 2001:0:4137:9e74:1c3f:1564:b5bb:625a | 7/30/10 7:01 | | Road Runner |
| Doe 126 | 174.28.255.231 | 7/30/10 7:01 | Azureus 4.4.0.6 | Qwest Communications |
| Doe 127 | 2002:44c3:76b4:0:d49f:6442:9823:d215 | 7/30/10 7:01 | | Optimum Online |
| Doe 128 | 24.4.173.244 | 7/30/10 7:01 | | Comcast Cable |
| Doe 129 | 2001:0:4137:9e76:8e1:2ef2:bb40:da83 | 7/30/10 7:01 | | Charter Communications |
| Doe 130 | 75.16.61.98 | 7/30/10 7:01 | Azureus 4.4.0.4 | SBC Internet Services |
| Doe 131 | 63.131.23.206 | 7/30/10 7:01 | BitTorrent 6.4 | One Communications Corporation |
| Doe 132 | 2001:0:4137:9e76:208f:27ca:c07c:e831 | 7/30/10 7:01 | | One Communications Corporation |
| Doe 133 | 207.237.145.160 | 7/30/10 7:01 | Transmission 2.03 | RCN Corporation |
| Doe 134 | 96.246.2.168 | 7/30/10 7:01 | µTorrent 2.0.2 | Verizon Internet Services |
| Doe 135 | 2001:0:4137:9e74:3c49:391f:9f09:fd57 | 7/30/10 7:01 | | Verizon Internet Services |
| Doe 136 | 24.126.247.106 | 7/30/10 7:01 | BitTorrent 6.3 | Comcast Cable |
| Doe 137 | 2001:0:4137:9e76:28f0:2a51:e781:895 | 7/30/10 7:01 | | Comcast Cable |
| Doe 138 | 99.169.90.176 | 7/30/10 7:01 | µTorrent 2.0.2 | SBC Internet Services |
| Doe 139 | 71.196.103.167 | 7/30/10 7:01 | | Comcast Cable |
| Doe 140 | 76.169.21.145 | 7/30/10 7:01 | BitTorrent 6.4 | Road Runner |
| Doe 141 | 2002:43bc:4222:1234:a98c:e52f:97df:27a8 | 7/30/10 7:01 | | Comcast Cable |
| Doe 142 | 173.171.69.96 | 7/30/10 7:01 | | Road Runner |
| Doe 143 | 2001:0:4137:9e76:1cfb:87d:5254:ba9f | 7/30/10 7:01 | | Road Runner |
| Doe 144 | 69.228.43.44 | 7/30/10 7:01 | | SBC Internet Services |
| Doe 145 | 24.102.185.125 | 8/2/10 4:47 | Azureus 4.4.0.6 | PenTeleData |
| Doe 146 | 24.185.121.126 | 8/2/10 4:47 | µTorrent Mac 1.0 | Optimum Online |
| Doe 147 | 65.96.226.137 | 8/2/10 4:47 | Azureus 4.3.0.6 | Comcast Cable |
| Doe 148 | 67.248.186.86 | 8/2/10 4:47 | Transmission 2.01 | Road Runner |
| Doe 149 | 68.43.24.45 | 8/2/10 4:47 | µTorrent 2.0.2 | Comcast Cable |
| Doe 150 | 68.84.38.146 | 8/2/10 4:47 | Transmission 2.03 | Comcast Cable |
| Doe 151 | 68.105.185.243 | 8/2/10 4:47 | Azureus 4.4.1.0 | Cox Communications |
| Doe 152 | 68.191.181.66 | 8/2/10 4:47 | BitTorrent 6.4 | Charter Communications |
| Doe 153 | 69.37.39.252 | 8/2/10 4:47 | Azureus 4.4.0.6 | SBC Internet Services |
| Doe 154 | 69.209.49.125 | 8/2/10 4:47 | Azureus 4.4.0.4 | SBC Internet Services |
| Doe 155 | 70.107.241.73 | 8/2/10 4:47 | µTorrent Mac 1.0 | Verizon Internet Services |
| Doe 156 | 70.185.239.220 | 8/2/10 4:47 | Azureus 4.4.1.0 | Cox Communications |
| Doe 157 | 71.57.29.129 | 8/2/10 4:47 | µTorrent 2.0.2 | Comcast Cable |
| Doe 158 | 71.59.48.100 | 8/2/10 4:47 | BitTorrent SDK 2.0 | Comcast Cable |
| Doe 159 | 71.126.132.164 | 8/2/10 4:47 | µTorrent 2.0.2 | Verizon Internet Services |
| Doe 160 | 71.165.114.95 | 8/2/10 4:47 | BitTorrent 6.4 | Verizon Internet Services |
| Doe 161 | 71.230.196.9 | 8/2/10 4:47 | Azureus 4.4.0.4 | Comcast Cable |
| Doe 162 | 71.234.24.81 | 8/2/10 4:47 | BitTorrent 6.4 | Comcast Cable |
| Doe 163 | 74.77.22.217 | 8/2/10 4:47 | BitComet/0.1.0.1 | Road Runner |
| Doe 164 | 74.137.96.144 | 8/2/10 4:47 | µTorrent 2.0 | Insight Communications |

|  |  |  |  | Company |
|---|---|---|---|---|
| Doe 165 | 75.10.156.10 | 8/2/10 4:47 | Azureus 4.4.0.4 | SBC Internet Services |
| Doe 166 | 76.83.194.176 | 8/2/10 4:47 | µTorrent Mac 1.0 | Road Runner |
| Doe 167 | 76.115.44.183 | 8/2/10 4:47 | BitTorrent 6.4 | Comcast Cable |
| Doe 168 | 76.167.96.217 | 8/2/10 4:47 | µTorrent 2.0.2 | Road Runner |
| Doe 169 | 76.234.162.130 | 8/2/10 4:47 | µTorrent Mac 1.0 | SBC Internet Services |
| Doe 170 | 97.104.8.184 | 8/2/10 4:47 | µTorrent Mac 1.0 | Road Runner |
| Doe 171 | 98.112.203.55 | 8/2/10 4:47 | µTorrent 2.0.2 | Verizon Internet Services |
| Doe 172 | 98.185.16.68 | 8/2/10 4:47 | µTorrent 1.8.4 | Cox Communications |
| Doe 173 | 98.242.73.121 | 8/2/10 4:47 | Azureus 4.4.0.4 | Comcast Cable |
| Doe 174 | 99.118.104.206 | 8/2/10 4:47 | µTorrent 2.0.2 | SBC Internet Services |
| Doe 175 | 76.89.111.224 | 7/30/10 7:01 | BitTorrent 6.4 | Road Runner |
| Doe 176 | 99.184.253.10 | 8/2/10 4:47 | Azureus 4.4.0.4 | SBC Internet Services |
| Doe 177 | 173.57.17.107 | 8/2/10 4:47 | Azureus 4.4.0.4 | Verizon Internet Services |
| Doe 178 | 208.58.4.18 | 8/2/10 4:47 | Azureus 4.4.0.4 | RCN Corporation |
| Doe 179 | 98.218.94.30 | 8/5/10 6:20 | µTorrent 2.0.2 | Comcast Cable |
| Doe 180 | 98.219.29.169 | 8/5/10 6:20 | µTorrent 2.0.2 | Comcast Cable |
| Doe 181 | 99.165.50.181 | 8/5/10 6:20 | µTorrent 2.0.2 | SBC Internet Services |
| Doe 182 | 204.116.167.186 | 8/5/10 6:20 | µTorrent 2.0.2 | Spirit Telecom |
| Doe 183 | 24.7.65.74 | 8/5/10 6:20 | µTorrent 2.0.3 | Comcast Cable |
| Doe 184 | 24.61.195.232 | 8/5/10 6:20 | BitTorrent 6.4 | Comcast Cable |
| Doe 185 | 24.121.109.80 | 8/5/10 6:20 | Azureus 4.4.1.0 | NPG Cable |