ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
SEP 28 2010
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| LUCAS ENTERTAINMENT, INC., A NEW YORK CORPORATION, <br><br> PLAINTIFF, <br><br> VS. <br><br> DOES 1-185 <br><br> DEFENDANT. | C.A. NO.: 3:10-cv-01537-B |

## MOTION TO QUASH

Comes now Co-Defendant, Jane Doe 47, and files her Motion to Quash a subpoena which was served on the Defendant at the request of the Plaintiff.

In support of her motion, Jane Doe 47 now states as follows:

1. Jane Doe 47 does not live, work, or operate business in Texas or within 100 miles of this Court. As a result, this Court lacks personal jurisdiction over Jane Doe 47.

2. Forcing Jane Doe 47 to litigate in this Court is oppressive and imposes an undue burden upon her due to the great distance. This Court should therefore quash this motion pursuant to Fed. R. Civ. P. 45.

3. Co-defendant Jane Doe 47 had no knowledge of the claimed "torrent" infringement until contacted by her provider with the complaint filed by the plaintiff.

4. Jane Doe 47 has confirmed that the file mentioned is not currently available through any system that is within her control.

5. On the date of the alleged infringement, no one who resides on premises, including Jane Doe 47, was present at the residence. In fact, throughout the entire week during which the alleged infringement took place, no one who resides on the premises was present at the residence.

7. The information sought to be compelled by the subpoena requires disclosure of privileged information.

8. Jane Doe 47 now wishes to vacate this cause with prejudice.

WHEREFORE, the Jane Doe 47 prays that this Honorable Court find and order as follows:

1. That this Motion be granted;

2. The Court enter an order quashing said subpoena.

Respectfully submitted,

*Jane Doe 47*

Jane Doe 47
Co-Defendant

Certificate of Service

I do hereby certify that on the 24th day of September, 2010, a true and correct copy of the foregoing motion was forwarded by UPS delivery to the Clerk of Court, United States

District Court for the Northern District of Texas, and a copy to Comcast Cable by fax (866-947-5587) and by regular mail to Evan Stone, 624 W. University Dr., #836, Denton, Texas.

Dated: 9/24/10

_Jane Doe 47_
Jane Doe 47

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS ENTERTAINMENT, INC., ) <br> A NEW YORK CORPORATION, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> VS. ) <br> ) <br> DOES 1-185 ) <br> ) <br> DEFENDANT. ) | <br><br><br><br><br><br><br>C.A. NO.: 3:10-cv-01537-B |

## MOTION TO QUASH

Comes now Co-Defendant, Jane Doe 47, and files her Motion to Quash a subpoena which was served on the Defendant at the request of the Plaintiff.

In support of her motion, Jane Doe 47 now states as follows:

1. Jane Doe 47 does not live, work, or operate business in Texas or within 100 miles of this Court. As a result, this Court lacks personal jurisdiction over Jane Doe 47.

2. Forcing Jane Doe 47 to litigate in this Court is oppressive and imposes an undue burden upon her due to the great distance. This Court should therefore quash this motion pursuant to Fed. R. Civ. P. 45.

3. Co-defendant Jane Doe 47 had no knowledge of the claimed "torrent" infringement until contacted by her provider with the complaint filed by the plaintiff.

4. Jane Doe 47 has confirmed that the file mentioned is not currently available through any system that is within her control.

5. On the date of the alleged infringement, no one who resides on premises, including Jane Doe 47, was present at the residence. In fact, throughout the entire week during which the alleged infringement took place, no one who resides on the premises was present at the residence.

7. The information sought to be compelled by the subpoena requires disclosure of privileged information.

8. Jane Doe 47 now wishes to vacate this cause with prejudice.

WHEREFORE, the Jane Doe 47 prays that this Honorable Court find and order as follows:

1. That this Motion be granted;

2. The Court enter an order quashing said subpoena.

Respectfully submitted,

*Jane Doe 47*

Jane Doe 47
Co-Defendant

Certificate of Service

I do hereby certify that on the 24th day of September, 2010, a true and correct copy of the foregoing motion was forwarded by UPS delivery to the Clerk of Court, United States

District Court for the Northern District of Texas, and a copy to Comcast Cable by fax (866-947-5587) and by regular mail to Evan Stone, 624 W. University Dr., #836, Denton, Texas.

Dated: 9/24/10

Jane Doe 47
Jane Doe 47

Jane Doe 47, IP 98.230.2.217
c/o Comcast Legal Response Center
650 Centerton Rd.
Moorestown, NJ 08057


September 24, 2010


Clerk of Court
United States District Court for the Northern District of Texas
1100 Commerce St.
Rm. 1452
Dallas, Texas 75242-1003


Re:   Lucas Entertainment, Inc. v. Does 1-185
      3:10-cv-01537-B


Attached is a Motion to Quash for Jane Doe 47, as indicated in the Subpeona sent to Comcast Legal Department (Doe 47, host IP 98.230.2.217, Date 8/6/2010 6:36:00am). Two copies are attached, the original and an additional copy for the Judge.
Thank you for your assistance.


Sincerely,

*JDoe 47*

Jane Doe 47

Doe 47:IP 98.230.2.217
c/o Comcast Legal Response Ctr.
650 Centerton Rd.
Moorestown NJ 08057

Clerk of Court
U.S. DISTRICT COURT
for the Northern District of Texas

1100 Commerce St.
Rm. 1452
DALLAS TX 75242-1003

