ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 5 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Cory     Pankow
2807   E   22nd
Tucson AZ 85713
520-488-8704

Defendant Pro Per

## United States District Court for Northern District of Texas

| | | |
|---|---|---|
| Lucas Entertainment Inc | ) | No 3-10-cv-01537 |
| Plaintiff, | ) | |
| | ) | |
| Does 1-185 | ) | Motion to Quash or Vacate |
| Defendants. | ) | |
| | ) | |

Defendant moves the court to Quash or vacate the subpoena issued August 17, 2010 in this matter because Defendant did not have the internet capabilities to either upload and or download a movie using a computer assigned to Internet Protocol address 69.254.203.23 on 7/30/2010 7:01:00 AM GMT.

Wherefore Defendant requests the court quash or vacate the subpoena.

9-29-2010
Date

_Cory Pankow_
Cory Pankow

Copies mailed/delivered _____ to:

Evan Stone, 624 W University 386, Denton TX 76201

