IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS ENTERTAINMENT, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-10-CV-1537-B-BD |
| | § | |
| DOES 1-185 | § | |
| | § | |
| Defendants. | § | |

## ORDER

Doe Defendant 64's motion for reconsideration [Doc. #18] and plaintiff's motion to compel the production of records for Doe Defendant 173 [Doc. #19] are denied without prejudice. The parties may refile their motions, if necessary, after they comply with the Standing Order on Non-Dispositive Motions filed today.

SO ORDERED.

DATED: October 15, 2010.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE