UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS ENTERTAINMENT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-1537-B |
| | § | |
| DOES 1-185, | § | |
| | § | |
| Defendants. | § | |

## STANDING ORDER REFERRING PRETRIAL MATTERS

Pursuant to 28 U.S.C. § 636(b), this case is hereby referred to U.S. Magistrate Judge Jeff Kaplan for pretrial management. All non-dispositive motions are prospectively referred to the magistrate judge for determination. All case dispositive motions are prospectively referred to the magistrate judge for recommendation. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the magistrate judge for appropriate action consistent with applicable law.

SO ORDERED.

DATED October 15, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE