IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS ENTERTAINMENT, INC., <br> A NEW YORK CORPORATION, <br> PLAINTIFF, <br><br> VS. <br><br> DOES 1-53 <br><br> DEFENDANTS. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br> C.A. NO.: 3:10-cv-01537-B |

**NOTICE OF DISMISSAL WITH PREJUDICE AGAINST DOES 7, 14, 21, 29, et al.**

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of dismissal with prejudice against the defendants listed below, identified by John Doe number and IP address. This notice has been submitted prior to any defendant having filed an answer or motion for summary judgment in this case.

| | |
|---|---|
| John Doe 7    | 66.214.164.171 |
| John Doe 14   | 68.191.37.124 |
| John Doe 21   | 70.138.148.138 |
| John Doe 29   | 71.194.185.22 |
| John Doe 60   | 172.165.100.47 |
| John Doe 74   | 99.140.216.191 |
| John Doe 94   | 96.255.130.112 |
| John Doe 95   | 99.150.252.58 |
| John Doe 97   | 24.131.35.215 |
| John Doe 124  | 98.234.120.208 |
| John Doe 131  | 63.131.23.206 |
| John Doe 150  | 68.84.38.146 |
| John Doe 152  | 68.191.181.66 |

                                                Respectfully Submitted,
                                                Lucas Entertainment, Inc.

**DATED:**  November 10, 2010

                                                s/ *E. F. Stone*
                                                Evan Stone
                                                State Bar No. 24072371
                                                624 W. University Dr., #386
                                                Denton, Texas  76201
                                                Phone: 469-248-5238
                                                E-mail: lawoffice@wolfe-stone.com